IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Amy B. Gaiters, *et al.*, | : | |
| Plaintiffs | : | Civil Action 2:11-cv-00998 |
| v. | : | Judge Watson |
| City of Zanesville, Ohio, *et al.*, | : | Magistrate Judge Abel |
| Defendants | : | |

## Order Cancelling Settlement Week Mediation

On November 5, 2012, counsel for the parties participated in a telephone conference with the Magistrate Judge and requested that the Settlement Week mediation noticed for December 12, 2012 at 3:00 p.m. be cancelled. Insufficient discovery has been completed to permit a meaningful mediation. Depositions have twice been rescheduled. Counsel believe that the parties will be in a position to mediate in March 2013. The December 2012 Settlement Week mediation is CANCELLED.

This case will be rescheduled for the March 2013 Settlement Week unless counsel call my office (614.719.3370) on or before **January 18, 2012** to schedule a telephone conference to advise me of the status of discovery and their decision not to participate in the March Settlement Week.

The scheduling order is AMENDED to provide that all discovery must be completed on or before **February 28, 2013.** Any case-dispositive motions must be filed on or before **April 1, 2013.**

The Clerk of Court is DIRECTED to serve a copy of this Order on counsel and the Settlement Week Mediator Daniel Ryan, PO Box 846, Dublin, OH 43017.

s/Mark R. Abel
United States Magistrate Judge
